# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA., AND RELATED ENTITIES AND INDIVIDUALS,

Debtor in a Foreign Proceeding
_______________________________/

Chapter 15
Case No. ____________________

**DECLARATION OF TRUSTEE AND LIST OF ADMINISTRATORS, PARTIES, AND ENTITIES PURSUANT TO 11 U.S.C. §1515 AND BANKRUPTCY RULE 1007(a)(4)**

I, ALFREDO LUIZ KUGELMAS, hereby declare as follows:

1. I am over the age of 18 and, if called upon, could completely testify to all matters set forth in this statement based upon my own personal knowledge except for those portions specified as being otherwise.

2. I was appointed a Trustee within the meaning of 11 U.S.C. § 1502(6) in the pending bankruptcy proceeding of Enco Zolcsak Equipamentos Industriais Ltda. ("Enco") and related entities and individuals ("Zolcsak"), by the 4th Civil Court of São Bernardo do Campo, São Paulo, Brazil (the "Brazilian Court"), by order dated March 6, 1997. In that same order, I was appointed as Trustee. By virtue of the authority vested in me by the Brazilian Court, I as the Trustee am authorized to appear in this Court as a foreign representative of the bankruptcy proceeding in Brazil. True and correct copies of the order appointing me as Trustee and my acceptance of the appointment are attached to the Verified Petition for Recognition of Foreign Proceeding filed in this matter.

3. I hereby file the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure of the United States.

**Foreign Proceedings of the Debtor**

4. The Trustee is not aware of any foreign proceedings, as that term is defined in 11 U.S.C. 101(23), of the Debtor other than this Chapter 15 Petition. The Trustee is the duly appointed trustee in the Brazilian proceeding.

**Parties to any U.S. Litigation in which the Debtor is a Party**

5. The Petitioner is not aware of any other litigation pending in the United States in which Zolcsak is a party.

**Entities Against Whom Provisional Relief Is Being Sought**

6. Petitioner is not seeking interim relief at this time against any entities under 11 U.S.C. § 1519.

I, Alfredo Luiz Kugelmas, declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that I am a court-appointed Trustee for Enco Zolcsak Equipamentos Industriais Ltda. and related entities and individuals, and that, in such capacity, I have the authority to make this Declaration; that my Brazilian counsel, Henrique Forssell, read to me the foregoing in Portuguese; and that the facts and matters alleged and contained therein are true and correct to the best of my knowledge and belief, based upon my own personal knowledge of the facts involved and upon my review of the available documents pertaining to this matter.

Dated this 11th day of May, 2011

Alfredo Luiz Kugelmas