# COMPOSITE EXHIBIT B

**BRAZILIAN DOCUMENTS SET A:**

**TRANSLATION (ENGLISH) AND ORIGINAL (PORTUGUESE)**

# JUDICIAL BRANCH
SÃO PAULO

Process # 2275 / 96

CASE RECORDS EXAMINED.

The attorney appointed by a magistrate and named in these records concerning the bankruptcy filed against ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA., requests that, according to what is reported on page 102 of the proceedings, the bankruptcy effects be extended to other companies that are part of the corporate group, namely ZOLCO, S/A. EQUIPAMENTOS INDUSTRIAIS, ENCO ZOLCSAK EQUIPAMENTOS PARA INDÚSTRIA NAVAL E PETROLÍFERA LTDA., ZOLCSAK MÃO DE OBRA TEMPORÁRIA LTDA.; HYDROMATION ZOLCO FILTROS LTDA., PEDRO HUNGRIA AGROPECUÁRIA LTDA., and AGROPECUÁRIA E MADEREIRA ZOLCO LTDA., disregarding the corporation's juridical person, since the bankrupt party is part of the "ENCO – ZOLCSAK" group.

According to the respectable Financial Curator's opinion, the bankrupted company's juridical person should not be taken in regard. Therefore bankruptcy effects should be extended to the partners and shareholders of the corporation and the companies mentioned above by the attorney, except for PEDRO HUNGRIA AGROPECUÁRIA LTDA., since the documents that have been incorporated into these proceedings on pages 445-463 allow for the interpretation that said company is not part of the group. However, in order to assure that partner Pedro Hungria Zolcsak honor his responsibilities, the assets belonging to Pedro Hungria Agropecuária Ltda. should be added to the inventory.

This is the report.

It has been decided.

COPY OBTAINED FROM THE
SÃO PAULO JUSTICE COURT

09/28/2010

# JUDICIAL BRANCH
SÃO PAULO

Process # 2275 / 96

According to what is stated on pages 445-463 of the proceedings, and since their partners and shareholders are the same individuals, the following companies are considered part of the "ENCO ZOLCSAK" corporate group: ZOLCO S/A. EQUIPAMENTOS INDUSTRIAIS, ENCO ZOLCSAK EQUIPAMENTOS PARA INDÚSTRIA NAVAL PETROLÍFERA LTDA., ZOLCSAK MÃO DE OBRA TEMPORÁRIA LTDA., HYDROMATION ZOLCO FILTROS LTDA., and AGROPECUÁRIA E MADEREIRA ZOLCO LTDA.

Upon reviewing the relationship and corporate control that exists among these affiliated companies, in addition to the existence of a common interest among them, bankruptcy effects shall be extended to the aforementioned companies, since there is a unified control over all of the companies, which are considered autonomous only at the formal level. That being said, the protection granted to the private interests shall be analyzed more carefully in regards to the request that the juridical persons of all companies be exempted, so that the partners can answer for the debt incurred by said juridical persons before the execution creditors.

Such measure is essentially intended to allow that the formal structure of said companies finally come to light, so that we can come to learn what business layers exist therein and then verify the respective responsibilities for fraud or deceitful pretenses.

Considering the above, I accept the proposal that has been made by the attorney in order to dissolve the juridical person of the bankrupted group and the following companies: ZOLCO S/A. EQUIPAMENTOS INDUSTRIAIS; ENCO ZOLCSAK EQUIPAMENTOS PARA INDÚSTRIA NAVAL PETROLÍFERA LTDA.; ZOLCSAK MÃO DE OBRA TEMPORÁRIA LTDA.; HYDROMATION ZOLCO FILTROS LTDA.; PEDRO HUNDRIA AGROPECUÁRIA, and AGROPECUÁRIA E MADEREIRA ZOLCO LTDA. The bankruptcy effects shall be then extended to the following company

partners and shareholders: ISTAVAN ZOLCSAK, ILONA ZOLCSAK, GEORGINA H. ZOLCSAK, ROSE LYNDA BODNAR ZOLCSAK or ROSA BODNAR, and PEDRO HUNGRIA ZOLCSAK. It is therefore decided that the aforementioned companies be immediately closed and that the attorney be in charge of supervising all asset collections.

The above measure shall be taken, as requested by the attorney on pages 468-473 and 475-475, back side.

Considering the inclusions made on item "4" of page 475, back side, and since there has not been enough time for regular subpoenas to be formally issued, I hereby reschedule the hearing referred to by Article 84 of the Bankruptcy Law to take place on *April 14*, 1997 at *1:30 pm*. The Notary's Office shall make all necessary arrangements for said hearing to take place as such.

The decision herein must be published within twenty (20) days, so that creditors can be notified, considering the extension of bankruptcy effects.

This shall be done pursuant to Articles 15 and 16 of the Bankruptcy Law.

I do hereby name LILIAN KARPATI RECHNITZ as the trustee of the assets listed on pages 426-438 and give her 24 hours to honor this commitment.

Let it be published, recorded, notified and complied with.

São Bernardo do Campo, March 19, 1997.

LUIS FERNANDO BALIEIRO LODI
District Judge

COPY OBTAINED FROM THE
SÃO PAULO JUSTICE COURT

09/28/2010

# PODER JUDICIÁRIO
SÃO PAULO

487

Processo nº 2275/96.

VISTOS.

O Síndico dativo, nomeado nestes autos da falência de ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA., requer que conforme denunciado pelo documento de fls. 102, sejam extendidos os efeitos da falência para as empresas do grupo a saber: ZOLCO S/A. EQUIPAMENTOS INDUSTRIAIS, ENCO ZOLCSAK EQUIPAMENTOS PARA INDUSTRIA NAVAL E PETROLIFERA LTDA., ZOLCSAK MÃO DE OBRA TEMPORARIA LTDA., HYDROMATION ZOLCO FILTROS LTDA., PEDRO HUNGRIA AGROPECUÁRIA LTDA. e, AGROPECUÁRIA E MADEREIRA ZOLCO LTDA., desconsiderando a personalidade jurídica da sociedade, uma vez que a falida integra o grupo "ENCO - ZOLCSAK".

O DD. Curador Fiscal opinou pela desconsideração da personalidade jurídica da falida, extendendo-se os efeitos da falência aos sócios e acionistas da mesma e as empresas aludidas pelo síndico., com exceção a de PEDRO HUNGRIA AGROPECUÁRIA LTDA., uma vez que conforme se depreende dos documentos entranhados a fls. 445/449, não fazem parte do grupo, pleiteando, entretanto, que para assegurar a responsabilidade solidária do sócio Pedro Hungria Zolcsák, o arrolamento dos bens da empresa Pedro Hungria Agropecuária Ltda.

É o relatório.

Decido.

28/9/2010

CÓPIA EXTRAÍDA NO TRIBUNAL DE JUSTIÇA DE SÃO PAULO

**PODER JUDICIÁRIO**
SÃO PAULO

488

processo nº 2275/96.

Conforme se verifica dos documentos de fls. 445/463, fazem parte do grupo "ENCO ZOLCSAK" as empresas a saber: ZOLCO S/A. EQUIPAMENTOS INDUSTRIAIS, ENCO ZOLCSAK EQUIPAMENTOS PARA INDUSTRIA NAVAL PETROLÍFERA LTDA., ZOLCSAK MÃO DE OBRA TEMPORARIA LTDA., HYDROMATION ZOLCO FILTROS LTDA. e AGROPECUARIA E MADEREIRA ZOLCO LTDA., sendo os sócios e acionistas os mesmos.

Constatado as relações e controle entre as empresas agrupadas, aliada a existência de um interesse comum entre elas, devem ser extendidos os efeitos da falência àquelas empresas supra mencionadas; considerando que há uma unidade de controle referente a todas empresas, que acabam por ser somente formalmente autonomas, o que obriga a se analizar com mais atenção a proteção a ser dada aos interesses particulares, de se acolher o pedido de desconsideração da personalidade jurídicas de todas as empresas, para que seus sócios respondam perante os exequentes pelas dívidas por elas contraídas.

Tal medida tem a finalidade precipua de permitir que venha a tona a estrutura formal das empresas para que seja conhecido o substrato das mesmas, sem obstáculos para apuração das responsabilidades por fraudes ou simulações.

Ante o exposto, acolho o pretendido pelo síndico, para o fim de desconstituir a personalidade jurídica da falida e das empresas ZOLCO S/A. EQUIPAMENTOS INDUSTRIAIS, ENCO ZOLCSAK EQUIPAMENTOS PARA INDUSTRIA NAVAL PETROLÍFERA LTDA., ZOLCSAK MÃO DE OBRA TEMPORÁRIA LTDA., HYDROMATION ZOLCO FILTROS LTDA., PEDRO HUNGRIA AGROPECUARIA e AGROPECUÁRIA E MADEREIRA ZOLCO LTDA., extendendo os efeitos da falência aos sócios e acionistas

CÓPIA EXTRAÍDA NO

28/9/2010

# PODER JUDICIÁRIO
SÃO PAULO

489

das empresas: ISTAVAN ZOLCSAK, ILONA ZOLCSAK, GEORGINA H. ZOLCSAK, ROSE LYNDA BODNAR ZOLCSAK ou ROSA BODNAR e, PEDRO HUNGRIA ZOLCSAK, determinando a imediata lacração das empresas supra, devendo o síndico diligenciar pela arrecadação dos bens.

Proceda-se na forma e para fins requeridos pelo síndico a fls. 468/473 e, 475/475vº.

Tendo em vista as inclusões feitas no item "4" de fls. 475vº, e, não havendo tempo hábil para as regulares intimações, hei por bem redesignar a audiência a que se refere o art. 94 da Lei de Falências para o próximo dia 14 de abril de 1.997, às 13:30 horas, devendo o Cartório diligenciar pela sua realização.

Expeça-se edital para convocação dos credores, com o prazo de vinte dias, dando conta da extensão da falência.

Cumpra-se o disposto nos arts. 15 e 16 da Lei de Falências.

Nomeio depositário dos bens arrolados a fls. 426/438, LILIAN KARPATI RECHNITZ e, lhe assino o prazo de 24,00 horas para compromisso.

P.R.I.C.

SBC., 19 de março de 1997.

LUIS FERNANDO BALIEIRO LODI

Juiz de Direito

28/9/2010

CÓPIA EXTRAÍDA NO

**BRAZILIAN DOCUMENTS SET B:**

**TRANSLATION (ENGLISH) AND ORIGINAL (PORTUGUESE)**

# JUDICIAL BRANCH
SÃO PAULO

Process # 2275 / 96

4th Civil Court

CASE RECORDS EXAMINED.

*LILIAN KARPATI RECHNIKTZ* requests that *ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA.* be declared bankrupt based on Articles 1st - 3rd of the Bankruptcy Legislation (Law Decree # 7661 dated June 21, 1945) and produced the supporting evidence filed on pages 6-8 to prove that she is a creditor of the company, which owes her R$ 72,000.00 (seventy two thousand Brazilian reais).

The respondent was notified and summoned by edict and allowed the deadline to present its defense to expire "in albis".

However, Rosa Bodnar, one of the respondent's partners, stated that the notice was voided. The petitioner and the representative of the Federal Prosecutor's Office deem that the bankruptcy must be ordered.

This is the report.

It has been decided.

The bankruptcy request is hereby recorded (documents on pages 06-08).

The alleged nullity of the notice is unfounded since, pursuant to what is set in Article 11, Paragraph 1 of the Bankruptcy Legislation; if debtors cannot be located they must be notified by edict, which has effectively taken place in this case.

On the other hand, upon being notified and summoned, the respondent allowed the deadline to present its defense to expire "in albis." Therefore, considering the above, the bankruptcy request is hereby granted.

COPY OBTAINED FROM THE
SÃO PAULO JUSTICE COURT

# JUDICIAL BRANCH
SÃO PAULO

Process # 2275 / 96

Moreover, I would like to emphasize that, in addition to this process, there are eighteen more bankruptcy requests filed against the petitioner in this Civil Court alone. Consequently, the company's inability to pay its creditors is verified and the bankruptcy is ordered by the court.

Considering the above, we do hereby order today at 1pm the bankruptcy of *ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA.*, a company whose principal place of business is Rua Pedro Zolcsak # 221 in this City and District. The bar date order is set to sixty (60) days prior to the date of the first declaration in the pleading. The respondent has twenty (20) days to file a proof of claim. I name attorney ALFREDO LUIS KUGELMAS and give the respondent twenty-four (24) hours to respond. The Court Registrar must now follow up on the case to (a) make the necessary arrangements as per Articles 15 and 16 of the Bankruptcy Legislation; (b) have a Court Representative interdict the place of business and seek the Curator's acknowledgement of this decision; (c) collect the debt urgently in the presence of the Curator; (d) record statements from the bankrupted party within twenty-four (24) hours, pursuant to Article 34 of the Bankruptcy Legislation, upon summoning them; (e) make this decision official, as an urgent matter, before the Commercial Board in the State of São Paulo in order to request that a copy of the records concerning the companies listed on page 102 be submitted to court, and (f) make this decision official before the 15th Civil Court in order to request that a copy of the records concerning the deposits that are being held by JOSÉ EDUARDO PAPA DOS SANTOS since the dissolution of the business, as per process # 2392 / 96, be submitted to the court.

Let it be published, recorded, notified and complied with.

São Bernardo do Campo, March 6, 1997.

LUIS FERNANDO BALIEIRO LODI
District Judge

[stamp]
Acknowledged on
03/06/1997

[illegible signature]
Rogério Alvarez de Oliveira
Prosecuting Attorney

COPY OBTAINED FROM THE
SÃO PAULO JUSTICE COURT

50.10.026

217

processo nº 2275/96.

4ª Vara Cível.

VISTOS

LILIAN KARPATI RECHNIKTZ., requer a falência de ENCO ZÖLCSÁK EQUIPAMENTOS INDUSTRIAIS LTDA., com fundamento no art. 1º 3º da Lei de Falências (Decreto-lei nº 7.661, de 21 de junho de 1.945, alegando que dela é credora na importância de R$ 72.000,00 ( setenta e dois mil reais), devidamente comprovada pelos documentos de fls. 06/08.

Citada a requerida, por edital, deixou decorrer "in albis" o prazo elidir o pedido.

Entretanto, Rosa Bodnar, sócia da requerida, alegou nulidade da citação. O requerente e o DD. Representante do Ministério Público, opinaram pela decretação da quebra.

É o relatório.

Decido.

O requerimento de falência está devidamente instruído (docs. fls. 06/08).

Não procede a alegada nulidade de citação eis que, conforme estabelece o art. 11, parágrafo 1º da Lei de Falências não encontrado o devedor, será ele citado por edital, o que efetivamente ocorreu nesse caso.

Por outro lado, citada a requerida, deixou decorrer "in albis" o prazo para

CÓPIA EXTRAÍDA NO
TRIBUNAL DE JUSTIÇA DE SÃO PAULO

PODER JUDICIÁRIO
SÃO PAULO

218

*processo nº 2275/96.*

oferecimento de defesa. Deve, dessa maneira, ser deferido o pedido.

Saliento ainda que além do presente processam-se nesta Vara contra a requerida dezoito pedidos de falência. Assim, caracterizada está a insolvência da requerida e a decretação da quebra se impõe.

Ante o exposto, declaro aberta hoje às 13,00 horas, a falência de *ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA.*, estabelecida à Rua Pedro Zolcsák, 221, nesta cidade e Comarca, declarando o seu termo legal no sexagésimo (60º) dia anterior à data do primeiro protesto. Marco o prazo de vinte (20) dias para as habilitações de crédito. Nomeio síndico dativo o Dr. ALFREDO LUIS KUGELMAS, à requerente e lhe assino o prazo de 24,00 horas para compromisso. Diligencie o Cartório: a) pelas providências dos artigos 15 e 16 da Lei de Falências; b) pela lacração do estabelecimento por Oficial de Justiça, com ciência do Dr. Curador; c) pela arrecadação urgente, com a presença do Dr. Curador; d) pela tomada das declarações do falido, na forma do art. 34 da Lei de Falências, designando-se data em 24,00 horas, intimando-se; e) Oficie-se, em caráter de urgência, a Junta Comercial do Estado de São Paulo, solicitando o envio de cópias das fichas cadastrais das empresas elencadas a fls. 102; f) Oficie-se à E. 15ª Vara Cível, solicitando cópia do auto de depósito dos bens em mãos de JOSÉ EDUARDO PAPA DOS SANTOS, na dissolução de sociedade nº 2392/96.

P.R.I.C.

SBC., 6 de março de 1997.

Ciente: 06/3/97
R. García Álvarez de Oliveira
Promotor de Justiça

*LUIS FERNANDO BALIEIRO LODI*

*JUIZ DE DIREITO*

CÓPIA EXTRAÍDA NO TRIBUNAL DE JUSTIÇA DE SÃO PAULO



9/2010

**BRAZILIAN DOCUMENTS SET C:**

**TRANSLATION (ENGLISH) AND ORIGINAL (PORTUGUESE)**

# JUDICIAL BRANCH
SÃO PAULO

## SÃO BERNARDO DO CAMPO DISTRICT

4th Civil Court

Process # 2275 / 96

COMMITMENT FROM THE APPOINTED ATTORNEY

[marginal notes]
- Specify in detail the role of the parties making this commitment
- Type the names in full

São Bernardo do Campo District, March 7, 1997, Judge's Chamber at the 4th Civil Court

The following individual appeared before me, the Honorable Judge Luis Fernando Balieiro Lodi, and the clerk identified below:

Mr. Alfredo Luiz Kugelmas, a Brazilian citizen whose Registration # 15335 was issued by the Brazilian Bar Association, State of São Paulo Branch, holder of National Identification Card # 486.103 issued by the State of São Paulo and Tax Identification # 001060700-00, an attorney legally domiciled at Rua Benjamin Constant # 61, 8th Floor, phone number 232.88.55

The aforementioned individual was appointed by the Honorable District Judge to fully and faithfully act as the attorney of the bankrupted party ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA. regarding process # 2275 / 96.

The party acknowledging this commitment promises to faithfully meet their obligations, under penalty of the law. Let it be noted that I recorded this term, which has been read and agreed upon, being properly signed in agreement with the contents herein.

I [illegible signature], the court reporter, typed this record.

I [illegible signature], the clerk, signed it.

[Illegible signature]
LUIS FERNANDO BALIEIRO LOVI
District Judge

[Illegible signature]
The Acknowledging Party

09/13/2010

COPY OBTAINED FROM THE
SÃO PAULO JUSTICE COURT

# PODER JUDICIÁRIO
SÃO PAULO

2113

COMARCA DE SÃO BERNARDO DO CAMPO

4ª Vara Cível

Processo n.o 2.275/96

COMPROMISSO DE SÍNDICO DATIVO

Aos 07 de março de 97, nesta Comarca de São Bernardo do Campo, na sala de despachos do(a) MM. Juiz(a) de Direito da 4ª Vara Cível

Excelentissimo(a) Senhor(a) Dr. Luis Fernando Balieiro Lodi, comigo Escrevente identificado no final, compareceu o(a) Senhor(a) Dr. ALFREDO LUIZ KUGELMAS, inscrito na OAB/SP. 15.335, R.G. nº 486.103 -SP Nacionalidade: brasileira CPF 001060708-00 Profissão: Advogado Endereço: Rua Benjamin Constant, 61, 8º andar Telefone: 232.88.55 a quem o(a) MM. Juiz(a) de Direito deferiu o compromisso de bem e fielmente desempenhar as funções de * síndico dativo da massa falida de ENCO ZOLCSAK EQUIPAMENTOS INDUSTRIAIS LTDA., processo nº 2.275/96

O(a) Compromissário(a) prometeu cumprir o compromisso com fidelidade, sob as penas da lei. Para constar lavrei este termo que, lido e achado conforme, vai devidamente assinado.

Eu, * , Escrevente, datilografei.

Eu, * , Escrivão(ã) Diretor(a), subscrevi.

* Especificar, detalhadamente, as funções do(a) compromissado(a)
* Nomes datilografados

* LUIS FERNANDO BALIEIRO LODI
Juiz(a) de Direito

*
Compromissado(a)

13/9/2010

CÓPIA EXTRAÍDA NO TRIBUNAL DE JUSTIÇA DE SÃO PAULO